An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BH FAMILY PARTNERS SUNSET PAD D, LLC, A NEVADA LIMITED LIABILITY COMPANY; ROSS W. BURNETT, AN INDIVIDUAL; CHRISTIAN D. HAASE, AN INDIVIDUAL; AND UNISYN INDUSTRIES LIMITED LIABILITY COMPANY, A NEVADA LIMITED LIABILITY COMPANY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE SUSAN SCANN, DISTRICT JUDGE,
Respondents,
and
CML-NV BHF, LLC, A FLORIDA LIMITED LIABILITY COMPANY,
Real Party in Interest.

No. 61123

**FILED**

AUG 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

### *ORDER DISMISSING WRIT PETITION*

Pursuant to the parties' August 2, 2013, stipulation, this writ petition is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

By: _Harriet Cummings_

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-23994

cc:     Hon. Susan Scann, District Judge
        Rice Silbey Reuther & Sullivan, LLP
        Cotton, Driggs, Walch, Holley, Woloson & Thompson/Las Vegas
        Eighth District Court Clerk

